[No. 41694-8-II. Division Two. August 14, 2012.]

ARTHUR WEST, *Appellant*, v. DOUG MAH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-00305-7, Wm. Thomas McPhee, J., entered December 17, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 41724-3-II. Division Two. August 14, 2012.]

MATTHEW G. SILVA, *Appellant*, v. CLARK COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-2-00812-9, Jill M. Johanson, J., entered December 9, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 41793-6-II. Division Two. August 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON C. SCHEIBEL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00126-8, Nelson E. Hunt, J., entered February 10, 2011. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.

[Nos. 41815-1-II; 42142-9-II. Division Two. August 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN DEAN HENNIGAN, *Appellant*.

*In the Matter of the Personal Restraint of* BENJAMIN DEAN HENNIGAN, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01045-1, Linda CJ Lee, J., entered February 18, 2011, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Van Deren, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.